George F. Vietor et al., Defendants in Error, v. Jacob H. Lesher et al., (Defendants), Coplaintiffs in Error.

Belle Lesher (Defendant), Plaintiff in Error.

Gen. No. 19,570. (Not to be reported in full.)

Error to the Superior Court of Cook county; the Hon. WILLIAM E. DEVER, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1913. Affirmed. Opinion filed June 9, 1914. *Certiorari* allowed by Supreme Court.

### Statement of the Case.

This case presents the same questions upon the same state of facts as are presented in *American Woolen Co. v. Lesher,* p. 259, *ante.* The decision in that case *held* controlling.

ALBERT H. FRY, for plaintiff in error.

MOSES, ROSENTHAL & KENNEDY and WHITMAN & MILLER, for defendants in error; WALTER BACHRACH, of counsel.

MR. PRESIDING JUSTICE SMITH delivered the opinion of the court.